Christopher QUINCER, Plaintiff–Appellant,

v.

**DIVISION OF CHILD SUPPORT ENFORCEMENT, Defendant–Appellee.**

No. 07–7037.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 21, 2008.

Decided: Feb. 25, 2008.

Christopher Quincer, Appellant Pro Se.

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Quincer appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Quincer v. Div. of Child. Support Enforcement,* No. 1:07–cv–00601–CMH (E.D.Va. filed June 26, 2007 & entered June 27, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*